**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 12-10848 | GRH | Judge: | George R. Hodges | Trustee Name: | LANGDON M. COOPER |
|---|---|---|---|---|---|---|
| Case Name: | AMY HOPE CHILSON | | | | Date Filed (f) or Converted (c): | 10/24/2012 (f) |
| | | | | | 341(a) Meeting Date: | 11/28/2012 |
| For Period Ending: | 01/30/2014 | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Financial Accounts | 919.00 | 0.00 | | 0.00 | 0.00 |
| 2. Household Goods | 500.00 | 0.00 | | 0.00 | 0.00 |
| 3. Books / Collectibles | 200.00 | 0.00 | | 0.00 | 0.00 |
| 4. Wearing Apparel | 100.00 | 0.00 | | 0.00 | 0.00 |
| 5. Education IRA | 7,648.39 | 0.00 | | 0.00 | 0.00 |
| 6. Vehicles | 500.00 | 0.00 | | 0.00 | 0.00 |
| 7. Other Miscellaneous | 0.00 | 0.00 | | 0.00 | 0.00 |
| 8. New York Real Property (u) | 0.00 | 71,206.90 | | 71,206.90 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $9,867.39    $71,206.90    $71,206.90    $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A motion for rehearing on the issue of marital interest in retirement funds is to be held in February. Depending on the outcome, the marital interest in retirement funds will be administered, claims will be reviewed and paid, and the case will be closed. The projected closing date is October 2014.

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Funds on deposit in checking and/or savings accounts with SunTrust Bank (balances vary daily/weekly) |
| RE PROP # | 2 | -- | Household goods including furniture, appliances and electronics |
| RE PROP # | 3 | -- | Books, pictures, etc. |
| RE PROP # | 4 | -- | Clothing and personal effects |
| RE PROP # | 5 | -- | I.R.A. with Merrill Lynch |
| RE PROP # | 6 | -- | 1996 Mercury Grand Marquis |
| RE PROP # | 7 | -- | Debtor has right of occupancy and, once, share of sales proceeds for house (Lake Placid, New York) per divorce greement; ex-husband has sole title to house |

Initial Projected Date of Final Report (TFR):   Current Projected Date of Final Report (TFR):

Trustee Signature:   /s/ LANGDON M. COOPER    Date: 01/30/2014

LANGDON M. COOPER
301 SOUTH YORK STREET
GASTONIA, NC  28052
(704) 864-6751
lcooper@mhc-law.com

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-10848 | Trustee Name: | LANGDON M. COOPER |
| --- | --- | --- | --- |
| Case Name: | AMY HOPE CHILSON | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX9540 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0980 | Blanket Bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 01/30/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/03/13 | 8 | Niles and Bracy PLLC<br>Plattsburgh, NY 12901 | Real Estate Sale Proceeds | 1210-000 | $71,206.90 | | $71,206.90 |
| 04/23/13 | 10001 | AMY HOPE CHILSON<br>25-F DOGWOOD COURT<br>ASHEVILLE, NC  28805 | Exemption Allowance<br>per Order of 4/16/13 | 8100-002 | | $5,000.00 | $66,206.90 |
| 05/28/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $95.35 | $66,111.55 |
| 06/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $98.38 | $66,013.17 |
| 07/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $95.06 | $65,918.11 |
| 08/26/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $98.08 | $65,820.03 |
| 09/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $97.95 | $65,722.08 |
| 10/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $94.64 | $65,627.44 |
| 11/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $97.65 | $65,529.79 |
| 12/26/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $94.37 | $65,435.42 |
| 01/27/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $97.37 | $65,338.05 |

|  |  |  |
| --- | ---: | ---: |
| COLUMN TOTALS | $71,206.90 | $5,868.85 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $71,206.90 | $5,868.85 |
| Page Subtotals: | $71,206.90 | $5,868.85 |

| | | |
|---|---:|---:|
| Less: Payments to Debtors | $0.00 | $5,000.00 |
| Net | $71,206.90 | $868.85 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX9540 - Checking | $71,206.90 | $868.85 | $65,338.05 |
| | $71,206.90 | $868.85 | $65,338.05 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $71,206.90 |
| Total Gross Receipts: | $71,206.90 |

Trustee Signature:    /s/ LANGDON M. COOPER    Date: 01/30/2014

LANGDON M. COOPER
301 SOUTH YORK STREET
GASTONIA, NC  28052
(704) 864-6751
lcooper@mhc-law.com

Page Subtotals:    $0.00    $0.00